UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DION PATTON,

            Plaintiff,

        v.

CITY OF PITTSBURG, et al.,

            Defendants.

Case No.  19-cv-07926-PJH

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 6

        Plaintiff in the above-entitled matter having failed to file an amended in forma pauperis application or filing fees by January 6, 2020, as required by this court's December 18, 2019 order (Dkt. 6),

        THE COURT hereby issues an ORDER TO SHOW CAUSE directing plaintiff to pay the required filings fees by **March 13, 2020**.  If plaintiff fails to pay such fees by that date, the case shall be dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

        **IT IS SO ORDERED.**

Dated: March 6, 2020

                                    /s/ Phyllis J. Hamilton
                                    PHYLLIS J. HAMILTON
                                    United States District Judge